# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:15-cv-00502---SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 6) |
| JUAN C. ORTEGA, | THIRTY DAY DEADLINE |
| Defendant. | |

On June 3, 2015, Plaintiff filed a notice that the parties to this action have reached settlement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated: __**June 4, 2015**__

UNITED STATES MAGISTRATE JUDGE

.

1