1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**

7

8                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10   **J & J Sports Productions, Inc.,**              **CASE NO. 1:15-cv-00502-AWI-SAB**

11                          **Plaintiff,**             **STIPULATION AND ORDER OF**
                                                       **DISMISSAL OF PLAINTIFF'S**
12                  **vs.**                            **COMPLAINT AGAINST DEFENDANTS**
                                                       **JUAN C. ORTEGA, individually and d/b/a**
13   **Juan C. Ortega,**                               **AMERICAN PANDERIA & TAQUERIA**
                                                       **A/K/A AMERICAN BAKERY**
14                          **Defendants.**

15

16

17

18

19        **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS,

20  INC. and Defendants JUAN C. ORTEGA, individually and d/b/a AMERICAN PANDERIA &

21  TAQUERIA A/K/A AMERICAN BAKERY that the above-entitled action is hereby dismissed

22  **without prejudice** against JUAN C. ORTEGA, individually and d/b/a AMERICAN PANDERIA &

23  TAQUERIA A/K/A AMERICAN BAKERY and subject to the Court's jurisdiction to enforce the

    settlement agreement reached between the Parties.

24        **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a

25  motion to reopen this action by September 6, 2015, the dismissal shall be deemed to be **with**

26  **prejudice**.

27  ///

28  ///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.


Dated:  June 10, 2015                     /s/Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.


Dated: June 5, 2015                      /s/Amy R. Lovegren-Tipton
**LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC**
By: Amy R. Lovegren-Tipton
Attorneys for Defendant
JUAN C. ORTEGA, individually and d/b/a AMERICAN PANDERIA & TAQUERIA A/K/A AMERICAN BAKERY


## ORDER

Pursuant to the joint stipulation for dismissal with prejudice filed June 22, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1),

IT IS HEREBY ORDERED that this matter be dismissed without prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.


IT IS SO ORDERED.

Dated:   June 23, 2015                     _____
                                         SENIOR  DISTRICT  JUDGE


**STIPULATION AND ORDER OF DISMISSAL**
**Case No. 1:15-cv-00502-SAB**
 **PAGE 2**